FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:48 pm, May 28, 2020

# United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CARLA D. GRADY,  Plaintiff, | |
| v. | CV 519-072 |
| COMMISSIONER OF SOCIAL SECURITY,  Defendant. | |

### ORDER

Before the Court is Plaintiff Carla Grady's Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(a). Dkt. No. 16. After consideration of the motion, for good cause shown, and there being no opposition to the motion filed by Defendant, the motion is **GRANTED**. Plaintiff is awarded $8,899.77 in attorney fees as outlined in her motion.

**SO ORDERED**, this 28th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA